IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FRIENDS OF LUBAVITCH, INC.,** *et al.*, | ) ) ) |
| Plaintiffs, | ) )   Case No.: 1:18-cv-03943-GLR |
| v. | ) ) ) |
| **BALTIMORE COUNTY, MARYLAND**, *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **MOTION TO DISMISS**

Defendants Baltimore County, Maryland, Baltimore County Department of Planning, and Baltimore County Board of Appeals (collectively "Baltimore County" or the "County"), by their undersigned counsel and pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, file this Motion to Dismiss.

Baltimore County adopts the accompanying Memorandum of Law and incorporates it as if set forth fully herein.

WHEREFORE, Defendants Baltimore County, Maryland, Baltimore County Department of Planning, and Baltimore County Board of Appeals respectfully request that this Court enter an Order granting their Motion to Dismiss and awarding them any such other and further relief the Court deems appropriate under the circumstances.

MICHAEL E. FIELD
COUNTY ATTORNEY

_/s/_
James J. Nolan, Jr. (#1875)
Assistant County Attorney
BALTIMORE COUNTY OFFICE OF LAW
400 Washington Avenue, Room 219
Baltimore, MD 21204
(410) 887-4420
mefield@baltimorecounty.gov
jnolan@baltimorecounty.gov

- and –

_/s/_
Harry S. Johnson (#00618)
Howard R. Feldman (#05991)
Peter W. Sheehan, Jr. (#29310)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1626
(410) 347-8700
hjohnson@wtplaw.com
hfeldman@wtplaw.com
psheehan@wtplaw.com

*Counsel for Defendants,*
*Baltimore County, Maryland,*
*Baltimore County Department of Planning,*
*and Baltimore County Board of Appeals*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FRIENDS OF LUBAVITCH, INC.,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:18-cv-03943-GLR |
| v. | ) ) | |
| **BALTIMORE COUNTY, MARYLAND**, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## REQUEST FOR HEARING

Pursuant to Local Rule 105.6, Defendants Baltimore County, Maryland, Baltimore County Department of Planning, and Baltimore County Board of Appeals respectfully request a hearing on their Motion to Dismiss.

                                                                      */s/*
                                                                      Howard R. Feldman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February, 2019, the foregoing Motion to Dismiss, Request for Hearing, Memorandum of Law (including exhibits), Appendix of Exhibits, and proposed order were served via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Maryland, to all counsel of record.

                                                          */s/*
                                           Howard R. Feldman

*10045404*