# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FRIENDS OF LUBAVITCH, INC.,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:18-cv-03943-GLR |
| v. | ) ) | |
| **BALTIMORE COUNTY, MARYLAND**, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## APPENDIX OF EXHIBITS
## TO MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS

Pursuant to Local Rule 105.5 (Appendix of Exhibits), Defendants Baltimore County, Maryland, Baltimore County Department of Planning, and Baltimore County Board of Appeals submit the below index of exhibits to the Memorandum of Law in Support of their Motion to Dismiss.

| | |
|---|---|
| A | Petition for Zoning Hearing, No. 2016-0170-SPH |
| B | Circuit Court Order and Memorandum Opinion (April 17, 2017) |
| C | *Friends of Lubavitch, Inc. v. Zoll*, No. 372, Sept. Term, 2017 (Md. App. Oct. 23, 2018) |
| D | Circuit Court Order and Memorandum Opinion (Oct. 31, 2018) |
| E | Circuit Court Transcript of Proceedings (Sept. 5, 2018) |
| F | Circuit Court Transcript of Proceedings (Jan. 10, 2019) |
| G | Appellant's Reply Br. (April 23, 2018), *Friends of Lubavitch, Inc. v. Zoll*, No. 00372 (Md. App.) |

Respectfully Submitted,

MICHAEL E. FIELD
COUNTY ATTORNEY

        */s/*
James J. Nolan, Jr. (#1875)
Assistant County Attorney
BALTIMORE COUNTY OFFICE OF LAW
400 Washington Avenue, Room 219
Baltimore, MD 21204
(410) 887-4420
mefield@baltimorecounty.gov
jnolan@baltimorecounty.gov

- and –

        */s/*
Harry S. Johnson (#00618)
Howard R. Feldman (#05991)
Peter W. Sheehan, Jr. (#29310)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1626
(410) 347-8700
hjohnson@wtplaw.com
hfeldman@wtplaw.com
psheehan@wtplaw.com

*Counsel for Defendants,*
*Baltimore County, Maryland,*
*Baltimore County Department of Planning,*
*and Baltimore County Board of Appeals*