# EXHIBIT A



# PETITION FOR ZONING HEARING(S)
To be filed with the Department of Permits, Approvals and Inspections
**To the Office of Administrative Law of Baltimore County for the property located at:**

Address: #14 Aigburth Road    which is presently zoned DR 5.5
Deed References: 27395-112    10 Digit Tax Account # REDACTED for court filing
Property Owner(s) Printed Name(s): Friends of Lubavitch, Inc.

(SELECT THE HEARING(S) BY MARKING X AT THE APPROPRIATE SELECTION AND PRINT OR TYPE THE PETITION REQUEST)

The undersigned legal owner(s) of the property situate in Baltimore County and which is described in the description and plan attached hereto and made a part hereof, hereby petition for:

1. **X** a **Special Hearing** under Section 500.7 of the Zoning Regulations of Baltimore County, to determine whether or not the Zoning Commissioner should approve

**SEE ATTACHED**

2. ____ a **Special Exception** under the Zoning Regulations of Baltimore County to use the herein described property for

3. ____ a **Variance** from Section(s)

of the zoning regulations of Baltimore County, to the zoning law of Baltimore County, for the following reasons: **(Indicate below your hardship or practical difficulty or indicate below "TO BE PRESENTED AT HEARING". If you need additional space, you may add an attachment to this petition)**

Property is to be posted and advertised as prescribed by the zoning regulations.
I, or we, agree to pay expenses of above petition(s), advertising, posting, etc. and further agree to and are to be bounded by the zoning regulations and restrictions of Baltimore County adopted pursuant to the zoning law for Baltimore County.
Legal Owner(s) Affirmation: I / we do so solemnly declare and affirm, under the penalties of perjury, that I / We are the legal owner(s) of the property which is the subject of this / these Petition(s).

**Contract Purchaser/Lessee:**

Name- Type or Print

Signature

Mailing Address / City / State

Zip Code / Telephone # / Email Address

**Attorney for Petitioner:**
Timothy M. Kotroco
Name- Type or Print

/s/ Timothy Kotroco
Signature

305 Washington Avenue, Suite 502, Towson, Maryland
Mailing Address / City / State

21204 / 410-299-2943 / TKotroco@gmail.com
Zip Code / Telephone # / Email Address

**Legal Owners (Petitioners):**
Friends of Lubavitch, Inc. c/o Rabbi Menachem Rivkin
Name #1 - Type or Print    Name #2 - Type or Print

Signature #1    Signature # 2

14 Aigburth Road    Towson, Md
Mailing Address / City / State

21286 / REDACTED for court filing
Zip Code / Telephone # / Email Address

**Representative to be contacted:**
Same As Attorney for Petitioner
Name - Type or Print

Signature

Mailing Address / City / State

Zip Code / Telephone # / Email Address

CASE NUMBER 2016-0170-SPH    Filing Date 1-29-16    Do Not Schedule Dates: ____    Reviewer AT

*ORDER RECEIVED FOR FILING 4-10-19 BY [signature]*

REV. 10/4/11

## SPECIAL HEARING REQUESTED:

Special Hearing pursuant to §500.7 and §1B01.1.A.1.a of the BCZR to approve the construction of a structural addition to an existing single family residential dwelling to be used as additional living space for the family who resides therein, all in accordance with the architectural drawing attached hereto;

And for such other and further relief as the nature of this cause may require.



2016-0170-SPH



HOUSE ADDITION TO 14 AIGBURTH ROAD



HOUSE ADDITION TO
14 AIGBURTH ROAD

# J.S. DALLAS, INC.
Surveying & Engineering

P.O. Box 26
Baldwin, MD 21013
(410)817-4600
FAX (410)817-4602

## ZONING DESCRIPTION OF  # 14 AIGBURTH ROAD

**BEGINNING** at a point on the south side of Aigburth Road (50 feet wide), at the distance of 130.55 feet, more or less, west of the west side of Cedar Avenue (30 feet wide)

**THENCE** the following courses and distances: (1) South 20 degrees 00 minutes West 218.42 feet (2) North 71 degrees 08 minutes West 76.85 feet (3) North 19 degrees 11 minutes East 218.42 feet and (4) South 71 degrees 08 minutes east 80.00 feet to the place of beginning as recorded in deed Liber 27395 folio 112 etc., containing 17,122 square feet or 0.393 acres of land, more or less. Located in the 9th election district and 5th council district.

2016 -0170-SPH