IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRIENDS OF LUBAVITCH, INC., | * | |
| *Plaintiffs*, | * | |
| v. | * | Case No.: 1:18-cv-03943-GLR |
| BALTIMORE COUNTY, MARYLAND, et al., | * | |
| *Defendants*, | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendant, Circuit Court for Baltimore County, through undersigned counsel, and pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6), moves this Court to dismiss Plaintiffs' Complaint for Declaratory Judgment, Injunctive Relief, and Compensatory Damages (ECF No. 1). The grounds for this motion are set out in the accompanying memorandum.

Respectfully submitted,

BRIAN E. FROSH
Attorney General of Maryland

 /s/  Kevin M. Cox
KEVIN M. COX (BAR # 29012)
Assistant Attorney General
200 St. Paul Pl, 20th floor
Baltimore, Maryland  21202
(410) 576-6388
(410) 576-6393
kcox@oag.state.md.us

*Attorneys for Defendant,*
  *Circuit Court for Baltimore County*