## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FRIENDS OF LUBAVITCH, INC., *et al.*

   *Plaintiffs,*

v.　　　　　　　　　　　　　　　　　　CIVIL NO: GLR-18-3943

BALTIMORE COUNTY, MARYLAND, *et al.*

   *Defendants.*

## STIPULATED MOTION FOR EXTENSION OF TIME

Plaintiffs and Defendants, by undersigned counsel, hereby stipulate and agree that the deadline for filing Plaintiffs' opposition to Defendants' motions to dismiss (ECF Document Nos. 15 and 20) should be extended to April 15, 2019, and that the deadline for filing Defendants' reply briefs to Plaintiffs' opposition should be extended to May 29, 2019.

            Respectfully submitted,

Dated: March 6, 2019　　　　　　　　*/s/Nathan Lewin*
            Nathan Lewin, Bar No. 03312
            LEWIN & LEWIN, LLP
            888 17th Street NW, 4th Floor
            Washington, DC 20006
            (202) 828-1000
            nat@lewinlewin.com

            David Felsen, Esq.
            FELSEN & SARGENT, LLC
            600 Jefferson Plaza, Suite 201
            Rockville, MD 20852
            (301) 251-4010
            dfelsen@mdlawyers.com

            *Attorneys for Plaintiffs*

| | |
|---|---|
| /s/ Kevin M. Cox<br>Kevin M. Cox (Federal Bar No. 29012)<br>Assistant Attorney General<br>200 St. Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>(410) 576–6388 (telephone)<br>(410) 576–6393 (fax)<br>kcox@oag.state.md.us<br><br>*Attorney for Defendant,*<br>*Circuit Court for Baltimore County* | /s/ James J. Nolan, Jr.<br>James J. Nolan, Jr.<br>Paul M. Mayhew<br>R. Brady Locher<br>Assistant County Attorneys<br>Baltimore County Office of Law<br>400 Washington Avenue, Room 219<br>Baltimore, MD 21204<br>(410) 887-4420<br>jnolan@baltimorecountymd.gov<br>pmayhew@baltimorecountymd.gov<br>blocher@baltimorecountymd.gov<br><br>*Attorneys for Baltimore County Defendants* |
| /s/ Howard R. Feldman<br>Howard R. Feldman, Bar No. 05991<br>Whiteford, Taylor & Preston LLP<br>Seven Saint Paul St., Suite 1500<br>Baltimore, Maryland 21202<br>(410) 347-8793 (telephone)<br>(410) 223-4393 (fax)<br>hfeldman@wtplaw.com<br><br>*Attorney for Baltimore County Defendants* | |

It is so ORDERED:

Dated: _____

                                                         Hon. George L. Russell III
                                                        United States District Judge