IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF MARYLAND

| | | |
|---|---|---|
| FRIENDS OF LUBAVITCH, INC., | * | |
| *Plaintiffs* | * | |
| v. | * | Civil Action No. GLR-18-3943 |
| BALTIMORE COUNTY, MARYLAND, et al. | * | |
| *Defendants* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the "Stipulated Extension of Time for Defendant, Circuit Court for Baltimore County, to file Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss (ECF No. 24)" (ECF No. 25), it is this 14th day of May, 2019, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant, Circuit Court for Baltimore County's, Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss is due on or before June 28, 2019.

_____
George L. Russell, III
United States District Judge