# EXHIBIT I

| State of Maryland<br>**DEPARTMENT OF<br>ASSESSMENTS AND<br>TAXATION**<br><br>Baltimore County |  | MARTIN O'MALLEY<br>*GOVERNOR*<br>C. John Sullivan, Jr.<br>*Director*<br>James W. Roesner<br>*Supervisor* |
|---|---|---|

August 19, 2009

Friends of Lubavitch, Inc.
c/o Rabbi S. Kaplan, President
6701 Old Pimlico Road
Baltimore, Maryland 21209

      Re:   Application for Charitable/Fraternal Exemption
              Friends of Lubavitch, Inc.
              14 Aigburth Road, Towson, MD 21286
              Property Account No: 09-22-250090

Dear Rabbi Kaplan:

    As per your application for a charitable exemption regarding the above referenced property, you have been granted a full charitable exemption in accordance with Tax-Property Article, § 7- 202 of the Annotated Code of Maryland. The exemption will be effective for the tax year beginning July 1, 2009. You are, however, responsible for any metropolitan charges and bay restoration fees on the property.

    If our office can be of any further assistance, please contact Mrs. Mary Klawunder at the telephone number listed below Monday through Friday from 7:30 a.m., until 4:30 p.m.

                                Sincerely

                              */s/ James W. Roesner*

                              James W. Roesner
                              Supervisor

JWR:mk

**People's Counsel**
***CBA Exhibit***
# 9 A

AUG-13-09 10:55 AM    CHABAD CENTER-LUBAVITCH        301 983 3716        P.01

# STATE OF MARYLAND
## DEPARTMENT OF ASSESSMENTS AND TAXATION
## APPLICATION FOR EXEMPTION CHARITABLE PROPERTY

RETURN TO:


RECEIVED AUG 1 3 2009

**TO BE FILED** with the Supervisor of Assessments at the address shown above.

This form seeks information for the purpose of a charitable exemption on the indicated property. Failure to provide this information will result in denial of your application. However, some of this information would be considered a "personal record" as defined in State Government Article, §10-624. Consequently, you have the statutory right to inspect your file and to file a written request to correct or amend any information you believe to be inaccurate or incomplete. Additionally, personal information provided to the State Department of Assessments and Taxation is not generally available for public review. However, this information is available to officers of the State, county or municipality in their official capacity and to taxing officials of any State or the federal government, as provided by statute. Additionally, if your property would be used by the State Department of Assessments and Taxation as a comparable for purposes of establishing the value of another property in a hearing before the Maryland Tax Court, the requested information, or a portion thereof, may have to be provided to the owner of that other property.

Full Name of Titled Owner: **FRIENDS OF LUBAVITCH, INC.**

Address of property: **14 AIGBURTH RD**
**TOWSON, MD  21286**

Date Acquired: **9/29/09**

Location and description of property: Account Number **09222S0090**

| Baltimore City | Ward | Section | Block | Lot |
|---|---|---|---|---|
| Counties **BALTO** | District **09** | Map **70** | Block | Parcel **431** |

1. Describe the facilities located on the property and how they are used (Be specific and you may attach a separate itemization if more space is required.)
   **JEWISH STUDENT CENTER AND RABBI'S PARSONAGE**

2. What limitations or restrictions apply concerning who may use each separate facility? (A supplemental explanation sheet may be attached.)

3. Is any part of this property rented?   Yes ☐   No ☑
   If yes, to whom and at what rent?

4. Does the applicant organization own any adjoining real property?   Yes ☐   No ☑

5. Attach to this application copies of the organization's Articles of Incorporation and most recent operating by-laws.

6. If the applicant organization purchased the property in the current taxable year, it must submit a copy of the settlement sheet or an affidavit showing the property tax it actually paid or reimbursed at settlement.

*I declare under the penalties of perjury, pursuant to Section 1-201, Tax-Property Article, of the Annotated Code of Maryland, that this return (including any accompanying schedules and statements) has been examined by me and to the best of my knowledge and belief is a true, correct and complete return.*

SIGNATURE OF APPLICANT     DATE **10/28/08**
PRINT NAME HERE: **RABBI S. KAPLAN, PRES.**    PHONE **301-983-4200 X1**
ADDRESS: ~~6509 DEWNCROFT RD~~ **6701 Old Pimlico Rd 21209**
CITY: **BALTIMORE**   STATE: **MD**   ZIP CODE: **21209**

(FOR OFFICE USE ONLY)
COMMENTS: *Grant exemption property used as stated*

New Application ☑      Re-Application ☐     Code No.
Approved ☑             Disapproved ☐         Effective **July 1, 2009**

Land **112,250**   Imp **261,150**   Total **323,400**
Supervisor's Signature    Date **8/28/09**

THIS APPLICATION IS NOT OPEN FOR PUBLIC INSPECTION        SDAT-FX 6

People's Counsel
CBA Exhibit
9 B