# EXHIBIT 1

# Friends of Lubavitch, Inc. Stipulated Extension of Time

From:   James Nolan (jnolan@baltimorecountymd.gov)

To:      nat@lewinlewin.com; dfelsen@mdlawyers.com

Cc:      Mefield@baltimorecountymd.gov; ggaskins@baltimorecountymd.gov; pmayhew@baltimorecountymd.gov; blocher@baltimorecountymd.gov

Date:   Wednesday, January 9, 2019, 03:27 PM EST

Nate,

Thank you for agreeing to an extension of time for the defendants to respond to the Complaint. I have attached a Stipulated Extension of Time for your review. If this is acceptable, please sign and return to me, or, if it is more convenient, authorize me to sign for you by reply email. I will then file it with the Court.

Jim

James J. Nolan, Jr.

Assistant County Attorney

400 Washington Avenue, 2d Floor

Towson, MD 21204

410-887-2654

 **CONNECT WITH BALTIMORE COUNTY**

     

www.baltimorecountymd.gov

2019 01 09 Stipulated Extension of Time.doc
33.5kB

# EXHIBIT 2

## RE: Friends of Lubavitch, Inc. Stipulated Extension of Time

From:    James Nolan (jnolan@baltimorecountymd.gov)

To:      nat@lewinlewin.com; dfelsen@mdlawyers.com

Cc:      Mefield@baltimorecountymd.gov; ggaskins@baltimorecountymd.gov; pmayhew@baltimorecountymd.gov; blocher@baltimorecountymd.gov

Date:    Thursday, January 10, 2019, 02:36 PM EST

Nate,

It was a pleasure meeting you at the Circuit Court this afternoon. Thank you for agreeing to let me sign your name to the Stipulated Extension. I will simply file it with "/s/" above your printed name as indicated on the attachment I sent you yesterday. My signature will be presented the same way.

Jim

James J. Nolan, Jr.

Assistant County Attorney

400 Washington Avenue, 2d Floor

Towson, MD 21204

410-887-2654

# EXHIBIT 3

## Extension of time request

From:  Nathan Lewin (nat@lewinlewin.com)

To:    kcox@oag.state.md.us; mefield@baltimorecountymd.gov; jnolan@baltimorecountymd.gov; hjohnson@wtplaw.com; hfeldman@wtplaw.com; psheehan@wtplaw.com

Cc:    lynda@lewinlewin.com; alyza@lewinlewin.com; dfelsen@mdlawyers.com

Bcc:  nat@lewinlewin.com; mendyriv@gmail.com; imn@nqgrg.com

Date:  Tuesday, March 5, 2019, 09:43 AM EST

Gentlemen: We have received copies of your Motions To Dismiss and intend to file an Opposition. Do we have your consent to a 30-day extension of time -- i.e.,to April 15, 2019 (April 13 being a Saturday)?
Many thanks.

Nathan Lewin
**LEWIN & LEWIN, LLP**
888 17th Street NW, 4th Floor
Washington, DC 20006
202.828.1000 *phone*
202.828.0909 *fax*
nat@lewinlewin.com
www.lewinlewin.com

**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

# EXHIBIT 4

## RE: Extension of time request

From:  Feldman, Howard R. (hfeldman@wtplaw.com)

To:  nat@lewinlewin.com; kcox@oag.state.md.us; mefield@baltimorecountymd.gov; jnolan@baltimorecountymd.gov; hjohnson@wtplaw.com; PSheehan@wtplaw.com

Cc:  lynda@lewinlewin.com; alyza@lewinlewin.com; dfelsen@mdlawyers.com

Date:  Tuesday, March 5, 2019, 02:02 PM EST

Nathan, good afternoon.   What you propose is acceptable to the Baltimore County defendants provided that Plaintiffs consent to a similar extension for the filing of our reply brief.  If Plaintiffs' Opposition is filed on April 15, by my calculation, our reply would then be due on May 29.

Thank you.

Best, Howard

Howard R. Feldman

Whiteford Taylor & Preston LLP

Seven Saint Paul Street

Baltimore, MD  21202

t:  410.347.8793   f:  410.223.4393

hfeldman@wtplaw.com | www.wtplaw.com | Bio | vCard

# EXHIBIT 5

## RE: Request for Extension of time to file Reply

From:  Cox, Kevin (kcox@oag.state.md.us)

To:    nat@lewinlewin.com

Cc:    PSheehan@wtplaw.com; lynda@lewinlewin.com; alyza@lewinlewin.com; dfelsen@mdlawyers.com

Date:  Tuesday, May 14, 2019, 11:27 AM EDT

Thank you.


The stipulation and proposed order are attached.




**Kevin M. Cox**
*Assistant Attorney General*
**Office of the Attorney General**
Courts and Judicial Affairs

200 Saint Paul Place – 20th Fl.
Baltimore, Maryland 21202
p: 410-576-6388 | f: 410-576-6393
**kcox@oag.state.md.us**
**www.marylandattorneygeneral.gov**


**From:** Nathan Lewin <nat@lewinlewin.com>
**Sent:** Tuesday, May 14, 2019 10:46 AM
**To:** Cox, Kevin <kcox@oag.state.md.us>
**Cc:** Sheehan Jr., Peter W. <PSheehan@wtplaw.com>; Lynda Prior <lynda@lewinlewin.com>; Alyza
Lewin <alyza@lewinlewin.com>; David Felsen <dfelsen@mdlawyers.com>
**Subject:** Re: Request for Extension of time to file Reply


Hello Kevin:

Looks good with small modification in the attached draft.

Please send me and David Felsen a copy of the filed pleading.


Nathan Lewin

**LEWIN & LEWIN, LLP**

888 17th Street NW, 4th Floor

Washington, DC 20006

202.828.1000 *phone*

202.828.0909 *fax*

nat@lewinlewin.com

www.lewinlewin.com


**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.




On Tuesday, May 14, 2019, 10:32:23 AM EDT, Cox, Kevin <kcox@oag.state.md.us> wrote:




Nathan:


       Thanks for the well wishes. I am certainly hoping for a speedy recovery allowing me to be back in the gym in no time. And, more importantly, thank you for the consent to the extension as well.


       I drafted this as a Stipulation per our previous filings (please see your own filed as ECF No. 22), the ECF drop-down selection option for stipulations, and to avoid having this flagged as a motion that the Clerk's office may by default require the time to oppose to expire before sending it to Judge Russell for ruling.


       Please see the attached and confirm whether I have your permission to file it. Please also feel free to make any revisions you wish.


       Thank you.



**Kevin M. Cox**
*Assistant Attorney General*
**Office of the Attorney General**
Courts and Judicial Affairs

200 Saint Paul Place – 20th Fl.
Baltimore, Maryland 21202
p: 410-576-6388 | f: 410-576-6393
kcox@oag.state.md.us
www.marylandattorneygeneral.gov

**From:** Nathan Lewin <nat@lewinlewin.com>
**Sent:** Tuesday, May 14, 2019 7:49 AM
**To:** Sheehan Jr., Peter W. <PSheehan@wtplaw.com>; Cox, Kevin <kcox@oag.state.md.us>
**Cc:** Lynda Prior <lynda@lewinlewin.com>; Alyza Lewin <alyza@lewinlewin.com>; David Felsen <dfelsen@mdlawyers.com>; Mike Field <mefield@baltimorecountymd.gov>; James Nolan <jnolan@baltimorecountymd.gov>; Johnson, Harry S. <hjohnson@wtplaw.com>; Feldman, Howard R. <hfeldman@wtplaw.com>
**Subject:** Re: Request for Extension of time to file Reply


Hello Kevin:

First of all, you have our sincere wishes for a speedy and full recovery.

We do, of course, consent to your requested extension of time to June 28, 2019, to file a Reply.

Please indicate in your motion that it is a motion made by you for medical reasons and that we consent to the extension.

It is not a joint motion.

Be well.

Nat



Nathan Lewin

**LEWIN & LEWIN, LLP**

888 17th Street NW, 4th Floor

Washington, DC 20006

202.828.1000 *phone*

202.828.0909 *fax*

nat@lewinlewin.com

www.lewinlewin.com

**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

On Monday, May 13, 2019, 6:43:11 PM EDT, Cox, Kevin <kcox@oag.state.md.us> wrote:

Nathan and Peter:

Good evening. This email follows my voicemail to Nathan from a moment ago.

Thursday evening I ruptured my right distal bicep tendon. I was out of work Friday and most of today in doctor appointments. I currently have limited used of my right (dominant) arm.

I have surgery scheduled for next week, and am looking at being out of work for several days (possibly a week). I may not have use of my right arm for up to two weeks post-surgery. As a result of this and other pending litigation matters, I am requesting an extension of time to file the Circuit Court's Reply to Plaintiff's Opposition to the Circuit Court's Motion to Dismiss. I would appreciate having until June 28.

Please let me know if I have your respective clients' consent to the June 28 extension. If given, I will file an appropriate motion with the Court requesting the extension.

Thank you.



**Kevin M. Cox**
*Assistant Attorney General*
**Office of the Attorney General**
Courts and Judicial Affairs

200 Saint Paul Place – 20th Fl.
Baltimore, Maryland 21202
p: 410-576-6388 | f: 410-576-6393
kcox@oag.state.md.us
www.marylandattorneygeneral.gov

  ECF 25.Stipulation re. Reply.pdf
                      214kB

  ECF 25-1.Proposed Order.pdf
                      119.7kB

# EXHIBIT 6

## Motion To File Surreply Memorandum in Friends of Lubavitch v. Baltimore County, Case No. 1:18-cv-03943-GLR

From:   Nathan Lewin (nat@lewinlewin.com)

To:     kcox@oag.state.md.us; jnolan@baltimorecountymd.gov; mefield@baltimorecountymd.gov;
        psheehan@wtplaw.com; hfeldman@wtplaw.com; hjohnson@wtplaw.com

Cc:     dfelsen@mdlawyers.com

Date:   Friday, June 28, 2019, 03:34 PM EDT

Gentlemen:
Your Replies to our Opposition to your Motions To Dismiss were filed on May 29, 2019, and on June 27, 2019.
Local Rule 105 provides that a Surreply may be filed only on order of the Court.
We will request such an order and would file the Surreply to both Replies on or before July 26, 2019.
Do we have your consent?

Nathan Lewin
**LEWIN & LEWIN, LLP**
888 17th Street NW, 4th Floor
Washington, DC 20006
202.828.1000 *phone*
202.828.0909 *fax*
nat@lewinlewin.com
www.lewinlewin.com

**NOTICE:** This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (202) 828-1000 and permanently delete the original copy and any copy of any e-mail, and any printout thereof.

# EXHIBIT 7

7/1/2019        Yahoo Mail - RE: Motion To File Surreply Memorandum in Friends of Lubavitch v. Baltimore County, Case No. 1:18-cv-03943-GLR

Case 1:18-cv-03943-GLR   Document 32-1   Filed 07/01/19   Page 18 of 20

RE: Motion To File Surreply Memorandum in Friends of Lubavitch v. Baltimore County, Case No. 1:18-cv-03943-GLR

From: Feldman, Howard R. (hfeldman@wtplaw.com)

To: nat@lewinlewin.com; kcox@oag.state.md.us; jnolan@baltimorecountymd.gov; mefield@baltimorecountymd.gov; hjohnson@wtplaw.com; jlazenby@wtplaw.com; ACasagrande@wtplaw.com

Cc: dfelsen@mdlawyers.com

Date: Friday, June 28, 2019, 05:46 PM EDT

Nathan, the Baltimore County defendants will not consent to the filing of a surreply.

Howard

# EXHIBIT 8

7/1/2019    Yahoo Mail - RE: Motion To File Surreply Memorandum in Friends of Lubavitch v. Baltimore County, Case No. 1:18-cv-03943-GLR

Case 1:18-cv-03943-GLR   Document 32-1   Filed 07/01/19   Page 20 of 20

RE: Motion To File Surreply Memorandum in Friends of Lubavitch v. Baltimore County, Case No. 1:18-cv-03943-GLR

From: Cox, Kevin (kcox@oag.state.md.us)

To: hfeldman@wtplaw.com; nat@lewinlewin.com; jnolan@baltimorecountymd.gov; mefield@baltimorecountymd.gov; hjohnson@wtplaw.com; jlazenby@wtplaw.com; ACasagrande@wtplaw.com

Cc: dfelsen@mdlawyers.com

Date: Monday, July 1, 2019, 10:06 AM EDT

Nathan:

Good morning. As to the Circuit Court, I do not see the need/justification for a surreply.

Thank you.



**Kevin M. Cox**
*Assistant Attorney General*
**Office of the Attorney General**
Courts and Judicial Affairs
200 Saint Paul Place – 20th Fl.
Baltimore, Maryland 21202
p: 410-576-6388 | f: 410-576-6393
kcox@oag.state.md.us
**www.marylandattorneygeneral.gov**