| | |
|---|---|
| FRIENDS OF LUBAVITCH, INC., et al., | |
| Plaintiffs, | |
| v. | Case No. 1:18-cv-03943-GLR |
| BALTIMORE COUNTY, MARYLAND, et al., | |
| Defendants. | |

## <u>OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY</u>

Defendants Baltimore County, Maryland, Baltimore County Department of Planning, and Baltimore County Board of Appeals (collectively, the "Baltimore County"), by their undersigned counsel, hereby submit this Opposition to Plaintiffs' Motion for Leave to File Surreply (ECF Doc. No. 32), and in support thereof, state as follows:

1.      Local Rule 105.2.a states:

> All motions must be filed within deadlines set by the Court. Unless otherwise ordered by the Court, all memoranda in opposition to a motion shall be filed within fourteen (14) days of the service of the motion and any reply memoranda within fourteen (14) days after service of the opposition memoranda. **Unless otherwise ordered by the Court, surreply memoranda are not permitted to be filed.**

(emphasis added).

2.      With regard to the grant or denial of leave to file a surreply, this Court has applied the following standard:

> A party moving for leave to file a surreply must show a need for a surreply. If a defendant raises new legal issues or new theories in its reply brief, there is a basis to permit a plaintiff to file a surreply. Moreover, surreplies may be permitted when the moving party would be unable to contest matters presented to the court for the first time in the opposing party's reply.

*Aguilar v. LR Coin Laudromat, Inc.*, Civil Action No. RDB-11-02352, 2012 WL 1569552, at *3 (D. Md. May 2, 2012) (citations, quotation marks, and brackets omitted); *see also Khoury v. Meserve*, 268 F. Supp. 2d 600, 605 (D. Md. 2003) (leave to file surreply denied because no new arguments were raised in reply), *aff'd*, 85 F. App'x 960 (4th Cir. 2004).

3.      Additionally, "surreplies are disfavored in this District." *Chubb & Son v. C & C Complete Servs.*, 919 F. Supp. 2d 666, 679 (D. Md. 2013).

4.      Here, the Court should deny Plaintiffs' request for leave to file a surreply. Plaintiffs do not—and cannot—demonstrate circumstances sufficient to overcome the general disfavor toward surreplies.  Indeed, Plaintiffs fail to demonstrate any basis whatsoever to be permitted to file a surreply.  As in *Khoury*, Baltimore County did not raise any new legal issues or theories in its reply brief, nor do Plaintiffs contend that a surreply is necessary in order to provide them with an opportunity to address some issue or matter presented to the Court for the first time in the County's reply brief.  *See, e.g.*, *Khoury,* 268 F. Supp. 2d at 605-06.[1]

WHEREFORE, the County respectfully requests this Court enter an Order denying Plaintiffs' Motion for Leave to File Surreply (ECF Doc. No. 32).

---

[1] Plaintiffs purport to argue that they should be permitted to file a surreply because the County did not "stat[e] any possible prejudice to the defendants or any reason why plaintiffs should not be permitted to answer the legal arguments made in the defendants' memoranda."  *See* ECF Doc. No. 32 ¶ 9.  The County is not required to show any prejudice, and the County does not bear the burden of proving that Plaintiffs should not be permitted to file a surreply.  To the contrary, "surreplies are disfavored in this District," *Chubb & Son v. C & C Complete Servs.*, 919 F. Supp. 2d 666, 679 (D. Md. 2013), and "[a] party moving for leave to file a surreply must show a need for a surreply," *Aguilar v. LR Coin Laudromat, Inc.*, Civil Action No. RDB-11-02352, 2012 WL 1569552, at *3 (D. Md. May 2, 2012).

Respectfully submitted,

MICHAEL E. FIELD
COUNTY ATTORNEY

_____/s/_____
James J. Nolan, Jr. (Bar No. 01875)
Paul M. Mayhew (Bar No. 22210)
R. Brady Locher (Bar No. 29990)
Assistant County Attorneys
BALTIMORE COUNTY OFFICE OF LAW
400 Washington Avenue, Room 219
Baltimore, Maryland 21204
 (410) 887-4420
mefield@baltimorecounty.gov
jnolan@baltimorecounty.gov
pmayhew@baltimorecountymd.gov
blocher@baltimorecountymd.gov

- and -

_____/s/_____
Harry S. Johnson (Bar No. 00618)
Howard R. Feldman (Bar No. 05991)
Jennifer Ryan Lazenby (Bar No. 25886)
Aaron Casagrande (Bar No. 28518)
Ioana Kastellorizios (Bar No. 07213)
WHITEFORD, TAYLOR & PRESTON L.L.P.
Seven Saint Paul Street, Suite 1500
Baltimore, Maryland 21202
(410) 347-8700
hjohnson@wtplaw.com
hfeldman@wtplaw.com
jlazenby@wtplaw.com
acasagrande@wtplaw.com
ikastellorizios@wtplaw.com
*Attorneys for Defendants*
*Baltimore County, Maryland,*
*Baltimore County Department of Planning and*
*Baltimore County Board of Appeals*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of July, 2019, a copy of the foregoing document was electronically filed with the Clerk of the United States District Court for the District of Maryland using the Court's CM/ECF system, which will serve all counsel of record.

_____/s/_____
Ioana Kastellorizios