IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FRIENDS OF LUBAVITCH, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. GLR-18-3943 |
| BALTIMORE COUNTY, MARYLAND, et al., | * | |
| | * | |
| Defendants. | | |

*****

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of September, 2019, by the United States District Court for the District of Maryland, hereby:

ORDERED that County's Motion to Dismiss (ECF No. 15) and the Circuit Court's Motion to Dismiss (ECF No. 20) are GRANTED; and

IT IS FURTHER ORDERED that the Clerk CLOSE this case.

/s/
George L. Russell, III
United States District Judge