UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FRIENDS OF LUBAVITCH, INC., *et al.*

        *Plaintiffs,*

v.                                                   CIVIL NO: GLR-18-3943

BALTIMORE COUNTY, MARYLAND, *et al.*

        *Defendants.*

## ORDER EXTENDING TIME
## TO FILE PLAINTIFFS' MOTION FOR RECONSIDERATION

Upon review and consideration of Plaintiffs' Consent Motion for Extension of Time to File a Motion for Reconsideration, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED** and Plaintiffs' Motion for Reconsideration is due to be filed on or before November 27, 2019. The defendants' opposition briefs will be due on or before January 21, 2020.

Dated: October 10, 2019

                                                                       _____
                                                                       Hon. George L. Russell III
                                                                       United States District Judge