# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

FRIENDS OF LUBAVITCH, INC.,
ET AL.

        Plaintiff,      \*  Civil No. No. GLR-18-03943

vs.

                            \*

BALTIMORE COUNTY, MARYLAND
ET AL.

                            \*

        Defendants.

                            \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STRIKE AND ENTER APPEARANCE

Defendants by undersigned counsel respectfully request leave to strike the appearance of Michael E. Field, former County Attorney and enter the appearance of James R. Benjamin, Jr, as County Attorney for the Defendants in the above case.

                                                Respectfully submitted

Date:                                    */s/ Michael E. Field*
                                          Michael E. Field
                                          Former County Attorney
                                          Trial Bar No. 29437
                                          mfield@baltimorecountymd.gov


                                          */s/ James R. Benjamin, Jr.*
                                          James R. Benjamin, Jr.
                                          County Attorney

Trial Bar No. 27056
Baltimore County Office of Law
400 Washington Avenue, Suite 219
Towson, Maryland 21204
410-887-4420
410-296-0931
jrbenjamin@baltimorecountymd.gov

*/s/ James J. Nolan, Jr.*
James J. Nolan, Jr.
Assistant County Attorney
Trial Bar No. 01865
jnolan@baltimorecountymd.gov
410-887-4420
410-296-0931
Attorneys for Defendants

Electronically filed:

Leave Granted this _____ day of _____, 2019

_____
George L. Russell, III
U.S. District Judge